Frank

I didn't mean what I said, its all because I love u too much and I feel like u always are mad at me.

I am Hurting The Business not on purpose! I never look at what I am doing correctly. I am always Blaming you Because I really don't understand Business

I am sorry for that, I am sorry for the things I said. I feel like your running and I can't keep up and that scares me.

I know you cant understand, I really look at you as a father not as A Brother. Dad was never around and I always looked up too you.

~~your~~ your right It is my fault. I'm not sure where we go from here. I don't even have a plan, that's typical of me.

I really feel lost and I'm sorry that I hurt you. I know you'll Be great and I dont want too Be in your way.

at the End of the day there is still the Business and body I'm involved

I don't want to Be in the way anymore!

Again I appologize, I'll do my Best to Conduct Business until we have this out.

EXHIBIT B

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ASAV-000024

Why would I run all the thys you mentioned when this is your Bakery & you want to Expand & Develop more of you Land, Bld etc. what does that mean for me?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ASAV-000025