*Handwritten annotation:* TXT MESSAGE Ronnie Contracting Greg Geis

**USAGE DETAIL - MESSAGING (UPDATED OCT 2018)**

**Wireless Summary for:**
Foundation Account: 04550938  Billing Account: 28724451522  Wireless Number: 2162441252  Change

Billing Cycle: 2019-04-04

### Messaging

| Billing Account Number | Group ID | Wireless Number | Date | Time | Charge Description | Roam | Home | Intl Desc | In/Out | To/From | Originating Location | Usage Chan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28724451522 | G330378062 | (216) 244-1252 | Mar 19, 2019 | 12:31 | Text Message | | Home Call | | Out | (330) 808-9797 | National,TX | |
| 28724451522 | G330378062 | (216) 244-1252 | Mar 19, 2019 | 14:52 | Text Message | | Home Call | | In | (330) 581-4667 | National,TX | |
| 28724451522 | G330378062 | (216) 244-1252 | Mar 19, 2019 | 16:23 | Text Message | | Home Call | | Out | (440) 823-2157 | National,TX | |
| 28724451522 | G330378062 | (216) 244-1252 | Mar 19, 2019 | 17:37 | Text Message | | Home Call | | Out | (216) 218-3504 | National,TX | |
| 28724451522 | G330378062 | (216) 244-1252 | Mar 19, 2019 | 17:38 | Text Message | | Home Call | | In | (216) 218-3504 | National,TX | |
| 28724451522 | G330378062 | (216) 244-1252 | Mar 19, 2019 | 17:39 | Text Message | | Home Call | | Out | (216) 218-3504 | National,TX | |
| 28724451522 | G330378062 | (216) 244-1252 | Mar 19, 2019 | 19:03 | MTM TEXT MESSAGE | | Home Call | | In | (216) 214-0900 | National,TX | |
| 28724451522 | G330378062 | (216) 244-1252 | Mar 19, 2019 | 19:36 | Text Message | | Home Call | | | (330) 808-9797 | National,TX | |

Page 32 of 68  Displaying 311 to 320 of 673 items

**EXHIBIT C**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ASAV-000241