**Al Bristo**

---

**From:** Al Bristo
**Sent:** Tuesday, September 3, 2019 12:10 PM
**To:** Ronnie Baxter
**Subject:** RE: Zenith offer letter

Over time is given if the project has it in it's cost which a lot of our a/v projects have……….the review process is 6 months I did make a mistake on that…Im sure you will your worth especially as we rebuild the department

Thanks
Al

**From:** Ronnie Baxter <rbaxter7007@gmail.com>
**Sent:** Friday, August 30, 2019 1:43 PM
**To:** Al Bristo <abristo@zenithsystems.com>
**Subject:** Re: Zenith offer letter

Al I received the below offer and I feel it's fair and I feel can show you that I'm worth more in no time. I was wondering if there's opportunity for overtime with this position so I can get to a closer number that I feel I need to be at. You also mentioned 90 day review when we spoke, is this still accurate.

Ronnie


On Aug 30, 2019, at 12:17 PM, Dana Foster <DFoster@zenithsystems.com> wrote:

> Hi Ronnie, Zenith is pleased to offer you a position in our A/V division.  Please see the attached offer letter and let us know if you have any questions.
>
>
>
> Thanks,


EXHIBIT E

1

&lt;image001.png&gt;  **Dana M. Foster**
**Assistant Controller**
Zenith Systems
216-584-2643
dfoster@zenithsystems.com

&lt;Zenith - offer lttr -R.Baxter 8.30.19.pdf&gt;

ZENITH_00003