# Frank Baxter

| | |
|---|---|
| From: | Link, Terry <tlink@ralaw.com> |
| Sent: | Tuesday, November 5, 2019 6:29 PM |
| To: | Nealis, Peter (PNealis@taftlaw.com) |
| Cc: | Frank Baxter |
| Subject: | American Security - Documents for Signature |
| Attachments: | Assignment of Membership Interest - Baxter Property Management LLC(14382685_1).DOCX; American Security - Ronald Baxter Resignation(14385414_1).DOC; American Security - Redlined Equity Redemption Agmt (Nov 5)(14115888_1).DOCX; American Security - Redlined Non-Solicitation Agmt (Nov 5)(14115745_1).DOCX; Ronnie Baxter Lost Share Affidavit(14380933_1).DOC; Stock Power - American Security (Ronald Baxter)(14381206_1).DOC; 3976_001.pdf; American Security - Non-Solicitation Agmt (Nov 5)(14115745_1).DOCX; American Security - Equity Redemption Agmt (Nov 5) (14115888_1).DOCX |

Hi Peter,

Attached are the following documents:

1. Lost Share Affidavit
2. Stock Power
3. Assignment of Membership Interest
4./5. Equity Redemption Agmt with Promissory Notes (clean draft and redlined draft against our August draft)
6./7. Confidentiality and Non-Solicitation Agmt (clean draft and redlined draft against our August draft)
8. PDF with Amortization Schedule for the Notes
9. Resignation document

Please confirm when Ronnie is available to sign, and to return the following Company property:

- Computer, programming software and login credentials
- Cell phone with pin codes
- Network equipment
- Dealers programming codes and passwords

I was thinking that Ronnie could come to my office to drop off the Company property and to pick up the Van title and checks constituting the first payments under the Notes – what do you think?

Thanks,
Terry

Terrence H. Link II



Roetzel & Andress, A Legal Professional Association
222 S. Main St.
Akron, OH  44308
Direct Phone No.: 330.849.6755
Main Phone No.: 330.376.2700
Fax No.: 330.376.4577

1



EXHIBIT G