

From: Nealis, Peter <PNealis@taftlaw.com>
Sent: Monday, November 18, 2019 11:35 AM
To: Link, Terry <tlink@ralaw.com>
Cc: Ronnie Baxter (rbaxter7007@gmail.com) <rbaxter7007@gmail.com>; Krebs, Patrick J. <pkrebs@taftlaw.com>
Subject: Update

# EXT:

Terry:

By way of a quick update, we are making plans with Ronnie to come to our offices tomorrow afternoon in order to sign documents, return company property, etc. After we have Ronnie's items in possession, we can then work out an exchange of deliverables between counsel.

Please let me know if you have any questions, or would like to discuss further.

Thanks again,

# Taft /

**Peter Nealis** / Partner
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Tel: 216.241.2838 • Fax: 216.241.3707
Direct: 216.706.3950
www.taftlaw.com / PNealis@taftlaw.com

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.



EXHIBIT
G