| Billing Acct | Group ID | Wireless Number | Date | Time | Charge Description | Roam Home Intl Description | In/Out | To/From | Originatir | Usage C | Roamir | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 9:22 | Pict Video MSG | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 9:27 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 10:03 | Text Message | Home Call | In | (561) 876-7285 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 10:03 | Text Message | Home Call | In | (561) 876-7285 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 10:03 | Text Message | Home Call | Out | (561) 876-7285 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 10:05 | Text Message | Home Call | In | (561) 876-7285 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 10:08 | MTM TEXT MESSAGE | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 10:16 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 10:28 | MTM TEXT MESSAGE | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 13:38 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 14:44 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 18:00 | Text Message | Home Call | In | (424) 282-6678 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 21:05 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 5-Sep-19 | 21:05 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 6-Sep-19 | 12:01 | Text Message | Home Call | In | 53618 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 6-Sep-19 | 12:09 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 6-Sep-19 | 12:09 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 6-Sep-19 | 12:58 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 6-Sep-19 | 17:26 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 8-Sep-19 | 8:58 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 8-Sep-19 | 12:04 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 10-Sep-19 | 15:31 | Text Message | Home Call | In | (424) 282-6678 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 10-Sep-19 | 15:32 | Text Message | Home Call | In | (424) 282-6678 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 10:07 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 10:09 | Text Message | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 10:09 | Text Message | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 13:21 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 13:32 | Text Message | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 17:02 | Text Message | Home Call | In | (470) 250-1202 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 17:04 | Text Message | Home Call | In | (978) 502-6287 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 17:29 | Text Message | Home Call | In | (660) 341-7479 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 18:10 | Text Message | Home Call | In | 85760 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 11-Sep-19 | 18:10 | Text Message | Home Call | In | 85760 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 7:27 | MTM TEXT MESSAGE | Home Call | In | (216) 856-2520 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 8:23 | MTM TEXT MESSAGE | Home Call | Out | (216) 856-2520 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 8:24 | MTM TEXT MESSAGE | Home Call | Out | (216) 856-2520 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 8:25 | MTM TEXT MESSAGE | Home Call | Out | (216) 856-2520 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 8:26 | Text Message | Home Call | Out | (828) 289-0898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 8:27 | MTM TEXT MESSAGE | Home Call | Out | (216) 856-2520 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 8:28 | Text Message | Home Call | Out | (828) 289-0898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 9:40 | Text Message | Home Call | Out | (828) 289-0898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 9:56 | Text Message | Home Call | In | (828) 289-0898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 10:52 | Text Message | Home Call | Out | (828) 289-0898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 10:53 | Text Message | Home Call | In | (828) 289-0898 | National, | $0.00 | $0.00 | $0.00 |



EXHIBIT N

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 10:53 | Text Message | Home Call | Out | (828) 289-0898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 17:27 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 17:54 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 17:54 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 18:00 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 18:01 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 12-Sep-19 | 18:06 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 13-Sep-19 | 16:09 | Pict Video MSG | Home Call | In | (216) 870-0111 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 13-Sep-19 | 18:08 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 13-Sep-19 | 18:11 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 13-Sep-19 | 18:50 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 13-Sep-19 | 20:06 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 13-Sep-19 | 20:18 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 13-Sep-19 | 20:28 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 13-Sep-19 | 20:56 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 14-Sep-19 | 8:09 | Text Message | Home Call | Out | (216) 870-0111 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 14-Sep-19 | 8:09 | Text Message | Home Call | Out | (216) 870-0111 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 15-Sep-19 | 13:13 | Text Message | Home Call | In | 85760 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 15-Sep-19 | 13:13 | Text Message | Home Call | In | 85760 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 15-Sep-19 | 16:21 | Text Message | Home Call | In | (216) 214-1771 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 15-Sep-19 | 19:46 | Text Message | Home Call | Out | (216) 214-1771 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 15-Sep-19 | 19:46 | Text Message | Home Call | Out | (216) 214-1771 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 16-Sep-19 | 9:42 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 16-Sep-19 | 9:44 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 16-Sep-19 | 15:23 | Text Message | Home Call | In | 85760 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 16-Sep-19 | 15:23 | Text Message | Home Call | In | 85760 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 16-Sep-19 | 15:24 | Text Message | Home Call | In | 85760 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 16-Sep-19 | 15:24 | Text Message | Home Call | In | 85760 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 10:51 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 10:51 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 10:51 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 10:51 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 10:51 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 10:51 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 10:51 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 10:51 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 14:51 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 14:51 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 15:06 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 17-Sep-19 | 17:32 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 18-Sep-19 | 10:35 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 18-Sep-19 | 10:50 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 18-Sep-19 | 22:03 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 19-Sep-19 | 9:38 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G330378062 | (216) 244-1252 | 19-Sep-19 | 10:04 | Text Message | Home Call | In | | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 19-Sep-19 | 13:33 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 19-Sep-19 | 13:58 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 19-Sep-19 | 15:08 | MTM TEXT MESSAGE | Home Call | In | (440) 858-5564 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 19-Sep-19 | 15:39 | MTM TEXT MESSAGE | Home Call | Out | (440) 858-5564 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 21-Sep-19 | 13:00 | Text Message | Home Call | Out | (330) 310-0663 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 21-Sep-19 | 13:47 | Text Message | Home Call | Out | (330) 310-0663 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 21-Sep-19 | 13:47 | Text Message | Home Call | Out | (330) 310-0663 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 21-Sep-19 | 13:47 | Text Message | Home Call | Out | (330) 310-0663 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 21-Sep-19 | 15:30 | Text Message | Home Call | In | (330) 310-0663 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 21-Sep-19 | 15:30 | Text Message | Home Call | In | (330) 310-0663 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 25-Sep-19 | 9:09 | Text Message | Home Call | In | 287898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 25-Sep-19 | 14:37 | Text Message | Home Call | In | (424) 282-6678 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 26-Sep-19 | 10:37 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 26-Sep-19 | 10:38 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 26-Sep-19 | 17:49 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 26-Sep-19 | 18:01 | Text Message | Home Call | In | (424) 282-6678 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 26-Sep-19 | 18:07 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 27-Sep-19 | 10:08 | Text Message | Home Call | In | 287898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 27-Sep-19 | 16:42 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 27-Sep-19 | 16:50 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 27-Sep-19 | 18:22 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 28-Sep-19 | 17:37 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 28-Sep-19 | 22:12 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 28-Sep-19 | 22:15 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 28-Sep-19 | 22:15 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 28-Sep-19 | 22:20 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 28-Sep-19 | 22:32 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 28-Sep-19 | 22:39 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 11:14 | Text Message | Home Call | In | 287898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 11:50 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 13:50 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 14:05 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 17:41 | Text Message | Home Call | In | (724) 944-6683 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 17:42 | Pict Video MSG | Home Call | In | (724) 944-6683 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 17:43 | Pict Video MSG | Home Call | In | (724) 944-6683 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 17:43 | Pict Video MSG | Home Call | In | (724) 944-6683 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 17:43 | Pict Video MSG | Home Call | In | (724) 944-6683 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 29-Sep-19 | 21:43 | Text Message | Home Call | In | (724) 944-6683 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 1-Oct-19 | 9:26 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 1-Oct-19 | 9:28 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 1-Oct-19 | 9:40 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 1-Oct-19 | 9:56 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 1-Oct-19 | 12:34 | Text Message | Home Call | In | (424) 203-4453 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 2-Oct-19 | 9:31 | Text Message | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G330378062 | (216) 244-1252 | 3-Oct-19 | 13:51 | MTM TEXT MESSAGE | Home Call | In | (216) 214-0911 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 3-Oct-19 | 13:51 | MTM TEXT MESSAGE | Home Call | In | (216) 214-0911 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 3-Oct-19 | 13:51 | MTM TEXT MESSAGE | Home Call | In | (216) 214-0911 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 3-Oct-19 | 18:23 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 3-Oct-19 | 18:47 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 3-Oct-19 | 18:48 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 3-Oct-19 | 18:48 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G330378062 | (216) 244-1252 | 3-Oct-19 | 19:01 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |