| Billing Acct | Group ID | Wireless Number | Date | Time | Charge Description | Roam Home In | In/Out | To/From | Originating | Usage Char | Roaming Ch | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G33037806 | (216) 244-1252 | 5-Oct-19 | 11:05 | Text Message | Home Call | In | 287898 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 10:09 | Pict Video MSG | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 10:12 | MTM TEXT MESSAGE | Home Call | In | (330) 283-1851 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 10:14 | Pict Video MSG | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 10:18 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 10:21 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 10:25 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 10:33 | Pict Video MSG | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 10:57 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 10:59 | Pict Video MSG | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:03 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:04 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:05 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:35 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:35 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:37 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:38 | MTM TEXT MESSAGE | Home Call | In | (330) 283-1851 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:42 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:45 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 11:56 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 14:47 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 14:48 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 15:00 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 15:12 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 16:28 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 17:06 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 17:06 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 7-Oct-19 | 17:06 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 12:56 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 13:02 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 13:06 | Pict Video MSG | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 13:08 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 13:22 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 16:17 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 16:21 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 16:22 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 16:23 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 8-Oct-19 | 16:23 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 11-Oct-19 | 15:32 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 11-Oct-19 | 15:47 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 11-Oct-19 | 15:47 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 11-Oct-19 | 15:49 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |



EXHIBIT O

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G33037806 | (216) 244-1252 | 12-Oct-19 | 16:37 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 12-Oct-19 | 16:37 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:28 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:33 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:36 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:37 | Text Message | Home Call | Out | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:37 | Text Message | Home Call | Out | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:40 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:40 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:40 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:40 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:40 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:40 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:40 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:41 | Text Message | Home Call | Out | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:58 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:58 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:58 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:58 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 9:58 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 10:46 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 10:46 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 10:52 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 10:52 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 10:52 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 11:12 | Pict Video MSG | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 11:27 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 11:27 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 11:27 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 11:27 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 20:55 | Pict Video MSG | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 13-Oct-19 | 21:07 | Text Message | Home Call | Out | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 10:33 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 10:33 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 13:13 | Text Message | Home Call | Out | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 13:17 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 13:18 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 13:48 | Text Message | Home Call | Out | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 13:50 | Pict Video MSG | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 17:46 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 20:49 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 20:51 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 14-Oct-19 | 20:58 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G3303780( | (216) 244-1252 | 14-Oct-19 | 20:58 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 14-Oct-19 | 21:00 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 16-Oct-19 | 17:36 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 16-Oct-19 | 18:46 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 16-Oct-19 | 18:59 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 16-Oct-19 | 20:56 | Text Message | Home Call | In | 96557 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 19-Oct-19 | 18:35 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 19-Oct-19 | 18:36 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 19-Oct-19 | 19:40 | Text Message | Home Call | In | 96557 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 19-Oct-19 | 19:41 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 19-Oct-19 | 21:12 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 8:18 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 8:18 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 8:45 | Text Message | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 8:47 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 8:48 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 8:49 | Text Message | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 8:50 | Text Message | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 8:50 | Text Message | Home Call | Out | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 9:17 | Pict Video MSG | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 9:17 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 9:29 | Text Message | Home Call | Out | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 9:49 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 9:50 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 9:55 | Text Message | Home Call | Out | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 9:58 | Text Message | Home Call | In | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 10:29 | Text Message | Home Call | Out | (330) 819-1402 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 11:14 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 13:31 | MTM TEXT MESSAGE | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 13:31 | Pict Video MSG | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 13:31 | Pict Video MSG | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 13:31 | Pict Video MSG | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 13:32 | Pict Video MSG | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 13:32 | Pict Video MSG | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 13:39 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 17:48 | Pict Video MSG | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 20-Oct-19 | 20:49 | Pict Video MSG | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 21-Oct-19 | 15:28 | Text Message | Home Call | In | 96557 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 21-Oct-19 | 16:18 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 21-Oct-19 | 16:18 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 21-Oct-19 | 16:18 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 21-Oct-19 | 16:47 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780( | (216) 244-1252 | 21-Oct-19 | 16:47 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 11:58 | Pict Video MSG | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 11:58 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:00 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:00 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:01 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:02 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:02 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:03 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:04 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:05 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:05 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:07 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:07 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:10 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:10 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:10 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:11 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:12 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:13 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:13 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:15 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:15 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:19 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:19 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:23 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:25 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:25 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:26 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:26 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:27 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:27 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:28 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:28 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:28 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:28 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:32 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:32 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:32 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:36 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:36 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:53 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 12:53 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 19:37 | Pict Video MSG | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G33037806 | (216) 244-1252 | 22-Oct-19 | 21:34 | Text Message | Home Call | Out | (330) 714-1685 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 23-Oct-19 | 16:46 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 7:43 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 7:43 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 8:19 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 13:00 | MTM TEXT MESSAGE | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 13:04 | MTM TEXT MESSAGE | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 13:06 | MTM TEXT MESSAGE | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 13:09 | MTM TEXT MESSAGE | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 13:09 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 13:12 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 13:14 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 13:15 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 16:45 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 16:46 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 16:46 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 17:43 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 17:43 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 17:43 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 17:47 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 24-Oct-19 | 19:28 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 25-Oct-19 | 15:53 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 25-Oct-19 | 19:48 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 25-Oct-19 | 19:59 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 25-Oct-19 | 19:59 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 25-Oct-19 | 20:00 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 25-Oct-19 | 20:06 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 26-Oct-19 | 10:13 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 26-Oct-19 | 12:02 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 26-Oct-19 | 12:02 | Text Message | Home Call | Out | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 26-Oct-19 | 22:15 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 15:20 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:11 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:11 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:11 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:11 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:11 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:11 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:11 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:12 | Pict Video MSG | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:17 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:25 | MTM TEXT MESSAGE | Home Call | Out | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:25 | Text Message | Home Call | Out | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:38 | MTM TEXT MESSAGE | Home Call | In | (330) 714-9050 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 27-Oct-19 | 19:45 | Text Message | Home Call | In | (330) 808-9797 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 3-Nov-19 | 15:57 | Text Message | Home Call | In | 22123 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 3-Nov-19 | 17:15 | Pict Video MSG | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 3-Nov-19 | 17:22 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 3-Nov-19 | 17:22 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 3-Nov-19 | 17:22 | Text Message | Home Call | In | (330) 777-9282 | National, | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G33037806 | (216) 244-1252 | 4-Nov-19 | 13:35 | Text Message | Home Call | In | 22123 | National, | $0.00 | $0.00 | $0.00 |