| Billing Acc | Group ID | Wireless Number | Date | Time | Charge Description | Roam Hom | In/Out | To/From | Originating | Usage Char | Roaming Cl | Total Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.87E+11 | G3303780 | (216) 244-1252 | 6-Nov-19 | 11:27 | MTM TEXT MESSAGE | Home Call | In | (330) 780-7615 | National,TX | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780 | (216) 244-1252 | 6-Nov-19 | 11:43 | Text Message | Home Call | In | (330) 777-9282 | National,TX | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780 | (216) 244-1252 | 6-Nov-19 | 11:43 | Text Message | Home Call | In | (330) 777-9282 | National,TX | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780 | (216) 244-1252 | 7-Nov-19 | 3:05 | Text Message | Home Call | In | (440) 823-2157 | National,TX | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780 | (216) 244-1252 | 10-Nov-19 | 17:40 | Text Message | Home Call | In | (330) 777-9282 | National,TX | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780 | (216) 244-1252 | 13-Nov-19 | 18:04 | Text Message | Home Call | In | 85760 | National,TX | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780 | (216) 244-1252 | 13-Nov-19 | 18:04 | Text Message | Home Call | In | 85760 | National,TX | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780 | (216) 244-1252 | 18-Nov-19 | 16:21 | Pict Video MSG | Home Call | In | (440) 472-1295 | National,TX | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780 | (216) 244-1252 | 18-Nov-19 | 20:11 | Text Message | Home Call | In | (770) 637-3007 | National,TX | $0.00 | $0.00 | $0.00 |
| 2.87E+11 | G3303780 | (216) 244-1252 | 18-Nov-19 | 20:11 | Text Message | Home Call | In | 85760 | National,TX | $0.00 | $0.00 | $0.00 |



EXHIBIT P