| Date | Time | To/From | Data category | Roaming in | Total | Type | KB/Msg/M | Rate PD | Feature | In/Out |
|---|---|---|---|---|---|---|---|---|---|---|
| 4-Nov-19 | 23:56 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 5-Nov-19 | 6:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 5-Nov-19 | 8:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 5-Nov-19 | 12:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 5-Nov-19 | 14:02 | Data Transfer | Domestic | | $0.00 | KB | 10 KB | AT | GPRR | |
| 5-Nov-19 | 2:02 | Data Transfer | Domestic | | $0.00 | KB | 2 KB | AT | GPRR | |
| 5-Nov-19 | 22:02 | Data Transfer | Domestic | | $0.00 | KB | 2 KB | AT | GPRR | |
| 5-Nov-19 | 18:02 | Data Transfer | Domestic | | $0.00 | KB | 3 KB | AT | GPRR | |
| 5-Nov-19 | 20:02 | Data Transfer | Domestic | | $0.00 | KB | 3 KB | AT | GPRR | |
| 5-Nov-19 | 10:02 | Data Transfer | Domestic | | $0.00 | KB | 9 KB | AT | GPRR | |
| 5-Nov-19 | 4:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 5-Nov-19 | 16:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 6-Nov-19 | 11:43 | (330) 777-9282 | Domestic | | $0.00 | Text Message | 1 Msg | AT | SMH | 1 |
| 6-Nov-19 | 11:43 | (330) 777-9282 | Domestic | | $0.00 | Text Message | 1 Msg | AT | SMH | 1 |
| 6-Nov-19 | 11:27 | (330) 780-7615 | Domestic | | $0.00 | MTM TEXT | 1 Msg | AT | SMH | 1 |
| 6-Nov-19 | 0:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 6-Nov-19 | 4:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 6-Nov-19 | 6:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 6-Nov-19 | 8:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 6-Nov-19 | 10:02 | Data Transfer | Domestic | | $0.00 | KB | 1 KB | AT | GPRR | |
| 6-Nov-19 | 2:02 | Data Transfer | Domestic | | $0.00 | KB | 2 KB | AT | GPRR | |
| 6-Nov-19 | 14:02 | Data Transfer | Domestic | | $0.00 | KB | 2 KB | AT | GPRR | |
| 6-Nov-19 | 22:02 | Data Transfer | Domestic | | $0.00 | KB | 4 KB | AT | GPRR | |
| 6-Nov-19 | 18:02 | Data Transfer | Domestic | | $0.00 | KB | 5 KB | AT | GPRR | |
| 6-Nov-19 | 12:02 | Data Transfer | Domestic | | $0.00 | KB | 10 KB | AT | GPRR | |
| 6-Nov-19 | 20:02 | Data Transfer | Domestic | | $0.00 | KB | 12 KB | AT | GPRR | |
| 6-Nov-19 | 16:02 | Data Transfer | Domestic | | $0.00 | KB | 12 KB | AT | GPRR | |
| 7-Nov-19 | 0:02 | Data Transfer | Domestic | | $0.00 | KB | 10 KB | AT | GPRR | |
| 7-Nov-19 | 20:02 | Data Transfer | Domestic | | $0.00 | KB | 11 KB | AT | GPRR | |
| 7-Nov-19 | 22:02 | Data Transfer | Domestic | | $0.00 | KB | 4 KB | AT | GPRR | |
| 7-Nov-19 | 2:02 | Data Transfer | Domestic | | $0.00 | KB | 4 KB | AT | GPRR | |
| 7-Nov-19 | 10:02 | Data Transfer | Domestic | | $0.00 | KB | 3 KB | AT | GPRR | |
| 7-Nov-19 | 8:02 | Data Transfer | Domestic | | $0.00 | KB | 3 KB | AT | GPRR | |
| 7-Nov-19 | 4:02 | Data Transfer | Domestic | | $0.00 | KB | 3 KB | AT | GPRR | |



EXHIBIT S

| Date | Time | Number/Type | Location | Cost | Unit | Usage | Carrier | Code | Extra |
|---|---|---|---|---|---|---|---|---|---|
| 7-Nov-19 | 12:02 | Data Transfer | Domestic | $0.00 | KB | 2 KB | AT | GPRR | |
| 7-Nov-19 | 14:02 | Data Transfer | Domestic | $0.00 | KB | 2 KB | AT | GPRR | |
| 7-Nov-19 | 18:02 | Data Transfer | Domestic | $0.00 | KB | 2 KB | AT | GPRR | |
| 7-Nov-19 | 3:05 | (440) 823-2157 | Domestic | $0.00 | Text Messa | 1 Msg | AT | SMH | 1 |
| 7-Nov-19 | 16:02 | Data Transfer | Domestic | $0.00 | KB | 454 KB | AT | GPRR | |
| 7-Nov-19 | 6:02 | Data Transfer | Domestic | $0.00 | KB | 19 KB | AT | GPRR | |
| 8-Nov-19 | 2:02 | Data Transfer | Domestic | $0.00 | KB | 4 KB | AT | GPRR | |
| 8-Nov-19 | 4:02 | Data Transfer | Domestic | $0.00 | KB | 4 KB | AT | GPRR | |
| 8-Nov-19 | 6:02 | Data Transfer | Domestic | $0.00 | KB | 2 KB | AT | GPRR | |
| 8-Nov-19 | 12:02 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 8-Nov-19 | 10:02 | Data Transfer | Domestic | $0.00 | KB | 2 KB | AT | GPRR | |
| 8-Nov-19 | 0:02 | Data Transfer | Domestic | $0.00 | KB | 67 KB | AT | GPRR | |
| 8-Nov-19 | 8:02 | Data Transfer | Domestic | $0.00 | KB | 3 KB | AT | GPRR | |
| 9-Nov-19 | 14:34 | Data Transfer | Domestic | $0.00 | KB | 103 KB | AT | GPRR | |
| 9-Nov-19 | 10:34 | Data Transfer | Domestic | $0.00 | KB | 90 KB | AT | GPRR | |
| 9-Nov-19 | 22:34 | Data Transfer | Domestic | $0.00 | KB | 78 KB | AT | GPRR | |
| 9-Nov-19 | 18:34 | Data Transfer | Domestic | $0.00 | KB | 69 KB | AT | GPRR | |
| 9-Nov-19 | 12:34 | Data Transfer | Domestic | $0.00 | KB | 120 KB | AT | GPRR | |
| 9-Nov-19 | 16:34 | Data Transfer | Domestic | $0.00 | KB | 195 KB | AT | GPRR | |
| 9-Nov-19 | 20:34 | Data Transfer | Domestic | $0.00 | KB | 64 KB | AT | GPRR | |
| 9-Nov-19 | 8:34 | Data Transfer | Domestic | $0.00 | KB | 870 KB | AT | GPRR | |
| 10-Nov-19 | 22:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 10-Nov-19 | 4:34 | Data Transfer | Domestic | $0.00 | KB | 41 KB | AT | GPRR | |
| 10-Nov-19 | 0:34 | Data Transfer | Domestic | $0.00 | KB | 50 KB | AT | GPRR | |
| 10-Nov-19 | 8:34 | Data Transfer | Domestic | $0.00 | KB | 55 KB | AT | GPRR | |
| 10-Nov-19 | 2:34 | Data Transfer | Domestic | $0.00 | KB | 62 KB | AT | GPRR | |
| 10-Nov-19 | 6:34 | Data Transfer | Domestic | $0.00 | KB | 62 KB | AT | GPRR | |
| 10-Nov-19 | 17:40 | (330) 777-9282 | Domestic | $0.00 | Text Messa | 1 Msg | AT | SMH | 1 |
| 10-Nov-19 | 16:34 | Data Transfer | Domestic | $0.00 | KB | 87 KB | AT | GPRR | |
| 10-Nov-19 | 12:34 | Data Transfer | Domestic | $0.00 | KB | 87 KB | AT | GPRR | |
| 10-Nov-19 | 14:34 | Data Transfer | Domestic | $0.00 | KB | 102 KB | AT | GPRR | |
| 10-Nov-19 | 10:34 | Data Transfer | Domestic | $0.00 | KB | 106 KB | AT | GPRR | |
| 10-Nov-19 | 20:34 | Data Transfer | Domestic | $0.00 | KB | 353 KB | AT | GPRR | |
| 10-Nov-19 | 18:34 | Data Transfer | Domestic | $0.00 | KB | 74 KB | AT | GPRR | |
| 11-Nov-19 | 8:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |

| Date | Time | Type | Location | Cost | Unit | Amount | Carrier | Code | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 11-Nov-19 | 2:34 | Data Transfer | Domestic | $0.00 | KB | 2 KB | AT | GPRR | |
| 11-Nov-19 | 22:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 11-Nov-19 | 20:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 11-Nov-19 | 18:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 11-Nov-19 | 16:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 11-Nov-19 | 14:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 11-Nov-19 | 12:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 11-Nov-19 | 10:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 11-Nov-19 | 6:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 11-Nov-19 | 4:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 11-Nov-19 | 0:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 8:34 | Data Transfer | Domestic | $0.00 | KB | 3 KB | AT | GPRR | |
| 12-Nov-19 | 20:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 22:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 14:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 16:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 18:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 12:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 10:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 6:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 4:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 2:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 12-Nov-19 | 0:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 22:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 20:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 18:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 18:04 | 85760 | Domestic | $0.00 | Text Messa | 1 Msg | AT | SMH | 1 |
| 13-Nov-19 | 0:34 | Data Transfer | Domestic | $0.00 | KB | 11 KB | AT | GPRR | |
| 13-Nov-19 | 14:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 18:04 | 85760 | Domestic | $0.00 | Text Messa | 1 Msg | AT | SMH | 1 |
| 13-Nov-19 | 12:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 10:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 8:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 6:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 4:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |

| Date | Time | Type | Location | Cost | Unit | Amount | Network | Code | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 13-Nov-19 | 2:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 13-Nov-19 | 16:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 14-Nov-19 | 6:34 | Data Transfer | Domestic | $0.00 | KB | 13 KB | AT | GPRR | |
| 14-Nov-19 | 0:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 14-Nov-19 | 2:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 14-Nov-19 | 4:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 14-Nov-19 | 8:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 14-Nov-19 | 10:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 14-Nov-19 | 2:34 | Data Transfer | Domestic | $0.00 | KB | 5 KB | AT | GPRR | |
| 15-Nov-19 | 2:34 | Data Transfer | Domestic | $0.00 | KB | 1 KB | AT | GPRR | |
| 18-Nov-19 | 20:21 | Data Transfer | Domestic | $0.00 | KB | 16744 KB | AT | GPRR | |
| 18-Nov-19 | 20:17 | Data Transfer | Domestic | $0.00 | KB | 138241 KB | AT | GPRR | |
| 18-Nov-19 | 20:11 | (770) 637-3007 | Domestic | $0.00 | Text Messa | 1 Msg | AT | SMH | 1 |
| 18-Nov-19 | 20:11 | 85760 | Domestic | $0.00 | Text Messa | 1 Msg | AT | SMH | 1 |
| 18-Nov-19 | 20:11 | Data Transfer | Domestic | $0.00 | KB | 1134 KB | AT | GPRR | |
| 18-Nov-19 | 16:21 | (440) 472-1295 | Domestic | $0.00 | Pict Video I | 1 Msg | AT | MMH | 1 |
| 3-Dec-19 | 20:45 | Data Transfer | Domestic | $0.00 | KB | 666 KB | AT | GPRR | |
| 3-Dec-19 | 20:30 | Data Transfer | Domestic | $0.00 | KB | 1627 KB | AT | GPRR | |
| 3-Dec-19 | 20:25 | Data Transfer | Domestic | $0.00 | KB | 1126 KB | AT | GPRR | |